JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MOORE II, as an individual and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDSAFWAY SERVICES LLC, a Delaware Limited Liability Company; BRANDSAFWAY INDUSTRIES LLC, a Delaware Limited Liability Company; BRANDSAFWAY LDAR LLC, a Delaware Limited Liability Company; | Case No.: 2:23-cv-04287-SVW-AS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY CASE PENDING INDIVIDUAL ARBITRATION** |

1

**ORDER TO STAY PENDING ARBITRATION**

|   |   |
|---|---|
| 1 | BRAND INDUSTRIAL SERVICES INC., a Delaware Corporation; and DOES 1-100, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

# ORDER

Plaintiff Matthew Moore II ("Plaintiff") and Defendants BrandSafway Services LLC, BrandSafway Industries LLC, BrandSafway LDAR LLC, and Brand Industrial Services Inc. ("Defendants") (together "the Parties"), submitted the following stipulation for the Court's approval.

Whereas, Plaintiff filed a class action complaint in the Superior Court of California, County of Los Angeles, on April 28, 2023, alleging wage and hour claims under the California Labor Code on behalf of himself and all other similarly situated employees in California;

Whereas, Defendants removed the action to this Court on June 1, 2023;

Whereas, the Court set a Rule 26 scheduling conference to take place on July 10, 2023 (ECF No. 13);

Whereas, as part of their removal papers Defendants provided a collective bargaining agreement containing an arbitration clause, which Defendants allege was applicable to Plaintiff's employment;

Whereas, the Parties have conferred through counsel regarding Defendants' potential motion to compel arbitration based on the collective bargaining agreement;

Whereas, the Parties have agreed that this matter should be stayed while Plaintiff pursues individual arbitration of his California Labor Code claims; and

Whereas, the Parties have agreed that Plaintiff's class action allegations should be dismissed without prejudice.

Now, therefore, good cause appearing, the Court orders as follows:

1) This matter is stayed in its entirety until the completion of arbitration.

2) Plaintiff's class action allegations are dismissed without prejudice.

3) The Parties will update the Court regarding the status of the arbitration within six (6) months or immediately if the arbitration is dismissed for any reason.

Dated: July 5, 2023

_____
Hon. Stephen V. Wilson
United States District Court Judge

---

3
**ORDER TO STAY PENDING ARBITRATION**