ZACHARY M. CROSNER, ESQ. (SBN 272295)
zach@crosnerlegal.com
JAMIE K. SERB, ESQ. (SBN 289601)
jamie@crosnerlegal.com
CHAD SAUNDERS, ESQ. (SBN 257810)
chad@crosnerlegal.com
**CROSNER LEGAL, PC**
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiff*

Brian P. Long (SBN 232746)
bplong@seyfarth.com
SEYFARTH SHAW LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MOORE II, as an individual and on behalf all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>BRANDSAFWAY SERVICES LLC; BRANDSAFWAY INDUSTRIES LLC; BRANDSAFWAY LDAR LLC; and BRAND INDUSTRIAL SERVICES INC.,<br><br>       Defendants. | Case No.: 2:23-cv-04287-SVW-AS<br><br>**STIPULATION OF DISMISSAL (Fed. R. Civ. Proc. 41(a)(1)(A)(ii))** |

IT IS HEREBY STIPULATED, by and between Plaintiff Matthew Moore II ("Plaintiff") and Defendants BrandSafway Services LLC, BrandSafway Industries LLC, BrandSafway LDAR LLC, and Brand Industrial Services Inc. ("Defendants") (together "the Parties"), through their respective counsel of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure: (1) Plaintiff's individual claims in the Action shall be and hereby are dismissed with prejudice, and (2) that the remainder of the claims in the Action shall be and hereby are dismissed without prejudice. Each side shall bear its own attorneys' fees and costs.

Dated: September 4, 2024

**CROSNER LEGAL, PC**

By: /s/ Chad Saunders
  Chad Saunders
*Attorneys for Plaintiff Matthew Moore II*

**SEYFARTH SHAW LLP**

Dated: September 4, 2024

By: /s/ Brian P. Long
  Brian P. Long
*Attorneys for Defendants*

**Attestation Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i)**

I, Chad Saunders, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Chad Saunders*

  Chad Saunders

**STIPULATION OF DISMISSAL**